DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ELENI WISE and ROBERT CHARLES ROSS<br>204 TRESTLE GLEN TERRACE<br>TIBURON, CA 94920<br><br>###-##-2902<br>###-##-6562<br><br>Debtor(s) | Chapter 13<br>Case No: 12-3-2355 HLB<br>Date:   May 15, 2013<br>Time:   09:40 AM<br>Ctrm:   235 PINE STREET, 23rd FLOOR<br>           SAN FRANCISCO, CA 94104- |

## MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 08/11/2012.

4. This motion for dismissal is made for cause pursuant to:
    11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.
    11 U.S.C. § 1307(c)(4) as Debtor(s) failed to make timely payments to the Trustee.  As of the date of this motion, $1,000 is in default under the Chapter 13 Plan.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate.  The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion.  You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:    April 4, 2013                              DAVID BURCHARD_____
                                                                        DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| ELENI WISE and ROBERT CHARLES ROSS<br>204 TRESTLE GLEN TERRACE<br>TIBURON, CA 94920<br><br>###-##-2902<br>###-##-6562<br>Debtor(s) | Chapter 13<br>Case No: 12-3-2355 HLB<br>Date: May 15, 2013<br>Time: 09:40 AM<br>Ctrm: 235 PINE STREET, 23rd FLOOR<br>SAN FRANCISCO, CA 94104- |

### DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION AND CERTIFICATE OF MAILING

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof. Additionally, I have personal knowledge of the matters stated in the Declaration. If called upon as a witness, I could, and would, competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 08/11/2012. There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

| | |
|---|---|
| __X__ | Failure to make required payments to the Trustee. $1,000 is in default under Ch. 13 Plan. |
| _____ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| __X__ | Failure to respond to Trustee's requests – see attachment "A". |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on April 4, 2013 in Foster City, California.

Dated: April 4, 2013                                DAVID BURCHARD
                                                    _____
                                                    DAVID BURCHARD, Chapter 13 Trustee

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion** of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the **Declaration** in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation and **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ELENI WISE and ROBERT CHARLES ROSS
204 TRESTLE GLEN TERRACE
TIBURON, CA 94920

JOHN A VOS
1430 LINCOLN AVE
SAN RAFAEL, CA 94901-0000

Dated:   April 4, 2013

LTSANG
LTSANG
Case Administrator

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>   ELENI WISE and ROBERT CHARLES ROSS<br>   204 TRESTLE GLEN TERRACE<br>   TIBURON, CA 94920<br><br>   ###-##-2902<br>   ###-##-6562<br><br>                     Debtor(s) | Case No.: 12-3-2355 HLB<br>Chapter 13<br><br>**ATTACHMENT "A"** |

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion :

1. Debtor's counsel incorrectly charged an additional $1,500 when the case does not involve an operating business. Trustee requested an amended Application for Approval of Attorney Fees reflecting the correct amount of fees. Debtor has failed to file said document.

2. Debtor's counsel incorrectly charged an additional $1,500 when the case does not involve an operating business. Trustee requested an amended Plan reflecting the correct amount of fees. Debtor has failed to file said document.

3. Debtor's counsel incorrectly charged an additional $1,500 when the case does not involve an operating business. Trustee requested an amended Statement of Attorney Compensation Pursuant to Rule 2016(b) reflecting the correct amount of fees. Debtor has failed to file said document.

4. Debtor has failed to list all their income information as required on question 1 of the Statement of Financial Affairs for income received for year-to-date of 2012. Trustee requested an amended Statement of Financial Affairs which lists all income received in the two years immediately preceding the filing of the petition. Debtor has failed to file an amend Statement of Financial Affairs to include a response to question 1.

5. Trustee is in receipt of objection to confirmation of plan by creditor, Wells Fargo, filed on November 29, 2012. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. Debtor has failed to resolve said objection.

6. Debtor's Schedule I lists a payroll deduction of $500.00 for insurance. The Trustee is in receipt of Debtor's payment advices, which does not list this deduction. Trustee requested amended documents which accurately reflect and categorize Debtor's payroll deductions. Debtor has failed to amend the appropriate documents for accuracy and consistency.